UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

THOMAS J. STYCZINSKI, on behalf of  :
himself and all others similarly situated,  :
:
:
           Plaintiff,  :
:
     v.  :    FILE NO. 0:14-cv-00619 (SRN/HB)
:
WESTMINSTER MINT, INC.,  :
a Minnesota Corporation doing business  :    CLASS ACTION
throughout the United States; and  :
BULLION INTERNATIONAL, INC.  :    **ORDER FOR FINAL**
d/b/a HIGHLAND MINT and  :    **APPROVAL OF CLASS**
INTERNATIONAL FULFILLMENT  :    **SETTLEMENT AND RELATED**
HOUSE, a Florida Corporation doing  :    **RELIEF**
business in Minnesota and throughout the  :
United States,  :
:
           Defendants.  :
_____:

      This matter comes before the Court upon the Motion for Final Approval filed by plaintiff Thomas Styczinski [Doc. No. 66]. Upon consideration of plaintiff's unopposed Motion, and for good cause shown, it is hereby ORDERED as follows:

      1.    The two classes in this matter under Rule 23(b)(2) and (b)(3), were previously certified by the Court's prior Order (Doc. No. 42) and are defined as:

> **All residents of the United States who purchased a "Silver Round – American Silver Eagle Design" without the word "COPY" inscribed thereon that was manufactured by defendants Bullion International, Inc. or Westminster Mint, Inc. between March 7, 2008 and the present.**

and

> **All residents of the United States who purchased a "Silver Round – Timber Wolf/Maple Leaf Design" without the word "COPY" inscribed**

**thereon that was manufactured by defendants Bullion International, Inc. or Westminster Mint, Inc. between March 7, 2008 and the present.**

2. The class has been given notice of the proposed class action settlement consistent with the Federal Rules of Civil Procedure, in accordance with the Court's Preliminary Approval Order dated March 9, 2015.

3. The Settlement Agreement was arrived at as a result of arm's-length negotiations conducted in good faith by counsel for the parties, and is supported by the class representatives.

4. The settlement as set forth in the Settlement Agreement is fair, reasonable, and adequate to the members of the Class in light of the complexity, expense, and likely duration of litigation and the risks involved in establishing liability, damages, and in maintaining the class action through trial and appeal.

5. The relief provided under the Settlement Agreement constitutes fair value given in exchange for the releases of the Settled Claims against the Released Parties.

6. Plaintiffs' Motion for Final Approval of the Class Settlement and Related Relief is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

A.   The Court grants final approval to the proposed class action Settlement Agreement and the parties are directed to consummate the Settlement Agreement in accordance with its terms.

B.   Pursuant to the settlement, the Complaint is DISMISSED WITH PREJUDICE and the Class member claims are deemed released to the extent specified in the Settlement Agreement.

C.   Class counsel's Petition for Fees and Costs is GRANTED. An award of $110,000 in attorney's fees and costs to Class counsel DeNittis Osefchen, P.C. is approved and is to be paid in accordance with the terms of the Settlement Agreement.

D.   The request for an incentive award of $1,000.00 to the named plaintiff is approved and is to be paid in accordance with the terms of the Settlement Agreement.

E.   The Court will retain jurisdiction over (1) implementation and enforcement of the Settlement Agreement; (2) any other action necessary to conclude this Settlement or to implement the Settlement Agreement; and (3) the enforcement, construction and interpretation of the Agreement for a period of ninety days.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 11, 2015

                                         s/Susan Richard Nelson
                                         The Honorable Susan Richard Nelson
                                         United States District Court Judge