# UNITED STATES DISTRICT COURT
## District of Minnesota

THOMAS J. STYCZINSKI, on behalf of himself and all others similarly situated,
    Plaintiff,

v.

WESTMINSTER MINT, INC., a Minnesota Corporation doing business throughout the United States; and BULLION INTERNATIONAL, INC. d/b/a HIGHLAND MINT and INTERNATIONAL FULFILLMENT HOUSE, a Florida Corporation doing business in Minnesota and throughout the United States,

    Defendant(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 14-619 SRN/HB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    A. The Court grants final approval to the proposed class action Settlement Agreement and the parties are directed to consummate the Settlement Agreement in accordance with its terms.

    B. Pursuant to the settlement, the Complaint is DISMISSED WITH PREJUDICE and the Class member claims are deemed released to the extent specified in the Settlement Agreement.

    C. Class counsel's Petition for Fees and Costs is GRANTED. An award of $110,000 in attorney's fees and costs to Class counsel DeNittis Osefchen, P.C. is approved and is to be paid in accordance with the terms of the Settlement Agreement.

D. The request for an incentive award of $1,000.00 to the named plaintiff is approved and is to be paid in accordance with the terms of the Settlement Agreement.

E. The Court will retain jurisdiction over (1) implementation and enforcement of the Settlement Agreement; (2) any other action necessary to conclude this Settlement or to implement the Settlement Agreement; and (3) the enforcement, construction and interpretation of the Agreement for a period of ninety days.

Date: June 12, 2015                                         RICHARD D. SLETTEN, CLERK

                                                                         s/J. Midtbo
                            (By)                             J. Midtbo, Deputy Clerk